# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.         NO. 10-cr-30150-DRH

**JOSUE ORTIZ-MEJIA,**

        **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On March 21, 2011, this court entered an order for forfeiture against defendant Josue Ortiz-Mejia for the following property which had been seized from said defendant:

**One Stevens twelve gauge shotgun, bearing serial number R042721 and one twelve gauge shotgun shell.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 27, 2011, and ending August 25, 2011, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on March 21, 2011, namely:

**One Stevens twelve gauge shotgun, bearing serial number R042721 and one twelve gauge shotgun shell.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**IT IS SO ORDERED.**

Signed this 8th day of November, 2011.

David R. Herndon
2011.11.08
15:07:31 -06'00'

**Chief Judge
United States District Court**